ACCEPTED
08-22-00023-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
1/14/2022 10:09 AM
ELIZABETH G. FLORES
CLERK

08-22-00023-CV

Case Number 08-22-00023-CV

IN THE EIGHTH DISTRICT COURT OF APPEALS
at El Paso

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/14/2022 10:09:41 AM
ELIZABETH G. FLORES
Clerk

**JUAN LUIS MORA, ET AL.**

Appellants,

v.

**ATLAS AEROSPACE, LLC**

Appellee.

_____

From Cause Number 2018DCV-2538 in the County Court at Law
Number 3 of Dallas County, Texas

_____

**NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL**
_____

**WALTERS, BALIDO & CRAIN, L.L.P.**

Gregory R. Ave
State Bar No. 01448900
Meadow Park Tower, Suite 1500
10440 North Central Expressway
Dallas, Texas  75231
Telephone Number (214) 347-8310
Facsimile Number (214) 347-8311
AveEdocsNotifications@wbclawfirm.com

COUNSEL FOR APPELLEE
ATLAS AEROSPACE, LLC

**January 14, 2022**

TO THE HONORABLE EL PASO COURT OF APPEALS:

COMES NOW, Gregory R. Ave, a partner in the law firm of Walters, Balido & Crain, L.L.P., pursuant to Texas Rules of Appellate Procedure 6.1(c), and files this Notice of Appearance and Designation of Lead Counsel for Appellee Atlas Aerospace, LLC ("Atlas"). Accordingly, Atlas requests the Court take notice and that all correspondence, notices, briefs, pleadings, motions, orders, opinions, judgments, and other communications be directed to the undersigned. Pursuant to Texas Rule of Appellate Procedure 6.1(c), the following information is being provided regarding lead counsel:

Gregory R. Ave
Texas State Bar No. 01448900
Walters, Balido & Crain, L.L.P.
Meadow Park Tower, Suite 1500
10440 North Central Expressway
Dallas, Texas 75231
Telephone Number: (214) 347-8310
Facsimile Number: (214) 347-8311
AveEdocsNotifications@wbclawfirm.com.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, L.L.P.**

By: _/s/ Gregory R. Ave_
   Gregory R. Ave
   Texas State Bar No. 01448900
   AveEdocsNotifications@wbclawfirm.com
   Meadow Park Tower, Suite 1500
   10440 North Central Expressway
   Dallas, Texas 75231
   (2l4) 347-8310
   (2l4) 347-8311 (facsimile)

   COUNSEL FOR APPELLEE ATLAS AEROSPACE, LLC

## CERTIFICATE OF SERVICE

On January 14, 2022, a true and correct copy of the foregoing was sent to all opposing counsel of record as follows:

Sam J. Legate, Esquire                    **Via E-serve**
SCHERR & LEGATE, PLLC
109 North Oregon, 12th Floor
El Paso, Texas 79901
samlegate@scherrlegate.com

COUNSEL FOR APPELLANTS

   _/s/ Gregory R. Ave_
   Gregory R. Ave

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Virginia Villareal on behalf of Gregory Ave
Bar No. 01448900
virginia.villareal@wbclawfirm.com
Envelope ID: 60828198
Status as of 1/14/2022 10:16 AM MST

Associated Case Party: JuanLuisMora

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew RMena | | mmena@scherrlegate.com | 1/14/2022 10:09:41 AM | SENT |
| Manuel ELopez, III | | mlopez@scherrlegate.com | 1/14/2022 10:09:41 AM | SENT |
| Sam Legate | | samlegate@scherrlegate.com | 1/14/2022 10:09:41 AM | SENT |
| Gloria Jaso | | gjaso@scherrlegate.com | 1/14/2022 10:09:41 AM | SENT |